[No. 4364–9–III.   Division Three.   April 27, 1982.]

CHARLES FROELICH, *Individually,* ET AL, *Appellants,*
v. GARCO BUILDING SYSTEMS, INC., *Respondent.*

Appeal from a judgment of the Superior Court for Spokane County, No. 79–2–01826–5, Harold D. Clarke, J., entered January 6, 1981. *Affirmed* by unpublished opinion per McInturff, C.J., concurred in by Green and Munson, JJ.

[No. 4201–4–III.   Division Three.   April 27, 1982.]

THE STATE OF WASHINGTON, *Respondent,* v. BRAD
GEORGE VANSANDT, *Appellant.*

Appeal from a judgment of the Superior Court for Spokane County, No. 80–1–00363–2, John J. Lally, J., entered October 8, 1980. *Affirmed* by unpublished opinion per Roe, J., concurred in by McInturff, C.J., and Green, J.

[No. 4952–0–II.   Division Two.   April 28, 1982.]

THE STATE OF WASHINGTON, *Appellant,* v. DAVID A.
ROBINS, *Respondent.*

Appeal from a judgment of the Superior Court for Grays Harbor County, No. CR–574, John H. Kirkwood, J., entered July 15, 1980. *Affirmed* by unpublished per curiam opinion.

[No. 5000–5–II.   Division Two.   April 28, 1982.]

THE STATE OF WASHINGTON, *Respondent,* v. MICHAEL
COLSON, *Appellant.*

Appeal from a judgment of the Superior Court for Thurston County, No. 79–1–00130–2, Carol A. Fuller, J., entered January 22, 1980. *Affirmed* by unpublished opinion per Petrich, A.C.J., concurred in by Petrie and Worswick, JJ.